OPINION # O-5173          WAS NEVER ISSUED.